No. 05–8681. HERNANDEZ JIMENEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8682. JONES v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8683. MONROE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 05–8684. PIZANO, AKA PIZANO-CRUZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–8685. SYKES v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–8686. ROLLOW v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8687. RODRIGUEZ-LOPEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 05–8688. SAITTA v. MARYLAND DEPARTMENT OF HEALTH AND MENTAL HYGIENE. C. A. 4th Cir. Certiorari denied.

No. 05–8689. DE LUNA-VIGIL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–8690. LARSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–8694. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–8696. YEPEZ-TELLO v. UNITED STATES; CARDENAS-HERNANDEZ v. UNITED STATES; and AVILES-DELGADO, AKA SANTA MARIA-MARTINEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8698. JOLLY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 05–8700. SMITH v. UNITED STATES. C. A. 2d Cir. Certiorari denied.